Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | |
|---|---|
| CODING TECHNOLOGIES LLC, | § § § |
| Plaintiff, | § Case No.: 8:17-cv-02400-EAK-TGW |
| vs. | § § |
| KFORCE, INC., | § **NOTICE OF SETTLEMENT AND** § **VOLUNTARY DISMISSAL** |
| Defendant. | § § § § § § |

Plaintiff, CODING TECHNOLOGIES LLC, hereby gives notice that this action has been settled and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action, with prejudice, with both parties to bear their own attorneys' fees and expenses incurred in this action.

**DATED** on December 18, 2017

Respectfully submitted,

*/s/ Coleman Watson*

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

1
2   **Coleman W. Watson, Esq.**
    Florida Bar. No. 0087288
3   California Bar No. 266015
    Georgia Bar No. 317133
4   New York Bar No. 4850004
    Email: coleman@watsonllp.com
5          docketing@watsonllp.com
    **Ronika J. Carter, Esq.**
6   Florida Bar No. 0122358
    Email: ronika@watsonllp.com
7
8   **WATSON LLP**
    189 S. Orange Avenue
9   Suite 810
    Orlando, FL 32801
10  Tel: (407) 377-6634
    Fax: (407) 377-6688
11
    *Attorneys for Plaintiff,*
12  CODING TECHNOLOGIES LLC
13
14
15
16
17
18
19
20
21
22
23
24
25